USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 3 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Snead,

    Plaintiff,

—v—

City Of New York *et al.*,

    Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  The request to exempt this case from Local Civil Rule 83.10 ("§1983 Plan") is denied. The request to authorize a settlement conference before the Magistrate Judge in lieu of mediation is granted. This case will be referred by separate order.

  SO ORDERED.

Dated: April 13, 2017
   New York, New York

            _____
            ALISON J. NATHAN
            United States District Judge