# Harvis & Fett

GABRIEL P. HARVIS
BAREE N. FETT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/17

July 14, 2017

BY ECF

Honorable Debra C. Freeman
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Snead v. City of New York, et al.*, 16 CV 9528 (AJN) (DCF)

Your Honor:

I represent plaintiff Lisa Snead in the above-referenced civil rights action, which was referred to Your Honor for settlement purposes by order dated April 13, 2017. I write on behalf of the parties pursuant to the Court's order dated May 10, 2017 to respectfully provide a status report.

If it should please the Court, the parties have exchanged discovery responses and are presently conferring regarding outstanding paper discovery. Depositions had been scheduled to commence next week, but the parties adjourned them to accommodate counsels' trial schedules and allow for the completion of paper discovery. Party depositions are now scheduled for the week of August 21, 2017.

In light of the foregoing, the parties respectfully request leave to submit a further status report (and, if appropriate, a joint request for a settlement conference) on August 25, 2017.

**SO ORDERED:**   **DATE:** 7/18/17

*[signature]*

- - - - - - - - - - - - - - - - - - -
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc

Case 1:16-cv-09528-AJN   Document 30   Filed 07/18/17   Page 2 of 2

Hon. Debra C. Freeman
July 14, 2017

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:     Nana Sarpong, Esq.