

GABRIEL P. HARVIS
BAREE N. FETT

August 25, 2017

BY ECF
Honorable Debra C. Freeman
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Snead v. City of New York, et al.*, 16 CV 9528 (AJN) (DCF)

Your Honor:

    I represent plaintiff Lisa Snead in the above-referenced civil rights action, which was referred to Your Honor for settlement purposes by order dated April 13, 2017. I write on behalf of the parties pursuant to the Court's order dated July 18, 2017 to respectfully provide a follow-up status report.

    By order dated August 24, 2017, the Court granted the parties' request for an extension of the discovery deadline until September 29, 2017. *See* DE# 32. The parties respectfully refer Your Honor to their application for a summary of the proceedings thus far. *Id.*

    In light of the foregoing, the parties respectfully request leave to submit a further status report (and, if appropriate, a joint request for a settlement conference) by September 15, 2017.

SO ORDERED: granted  DATE: 8/31/17

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Hon. Debra C. Freeman
August 25, 2017

    Thank you for your consideration of this request.

Respectfully submitted,

*Baree N. Fett*

Baree N. Fett

cc:    Nana Sarpong, Esq.