UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
Plaintiff,   Lisa Snead                                     :
                                                            :
    -v-                                                     :
                                                            :
                                                            :
Defendant.   City of New York et al.                        :
                                                            :
                                                            :
------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16-cv-9528    (AJN ) (DCF )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[X] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

[ ] All such motions: _____

*Do not check if already referred for general pretrial.

Dated  9/27/17

SO ORDERED:
_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____