UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Snead,

        Plaintiff,

–v–

City of New York et al.,

        Defendant.

16 Civ 9528 (AJN)

ORDER

OCT 1 1 2017

ALISON J. NATHAN, District Judge:

    According to the May 16, 2017 Civil Case Management Plan and Scheduling Order ("CMP") in the above-captioned matter, fact discovery was scheduled to close on September 15, 2017. The Court extended the fact discovery deadline until October 20, 2017 in its September 27, 2017 order. The CMP also scheduled a post-discovery status conference for October 20, 2017. In light of those deadlines, it is hereby ORDERED that by October 13, 2017, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement describing any outstanding discovery and the status of any proceedings before the Magistrate Judge to resolve the remaining discovery disputes, and confirming that the rest of fact discovery has been completed;

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: October 11, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge