USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 6 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Lisa Snead,

        Plaintiff,

--v--

City of New York et al.,

        Defendants.

---

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The conference scheduled for October 20, 2017 is adjourned to December 1, 2017 at 4:15 p.m.

    SO ORDERED.

Dated: October 16, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge