

|  | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | **NANA K. SARPONG**<br>*Senior Counsel*<br>Tel.: (212) 356-0827<br>Fax: (212) 356-3558<br>Email: nsarpong@nyc.gov |

October 20, 2017

**BY ECF**
Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Lisa Snead v. City of New York, et al.</u>,
                16 Civ. 9528 (AJN)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, retired Police Officer Gregory Lobianco and Sergeant Asa Barnes ("defendants") in connection with the above-referenced matter.  On October 16, 2017, a phone conference was held before the Honorable Debra C. Freeman wherein the Court ordered defendants to produce, among other things, certain discovery at issues in this case by October 20, 2017.  Due to a death of a family member, defendants respectfully request a two-week extension of time, from October 20, 2017 to November 3, 2017, to provide a complete response to plaintiff.  Plaintiff's counsel, Gabriel Harvis, consent to this request.

      Defendants thank the Court for its consideration.

                                    Respectfully submitted,

                                    /s/

                                  Nana K. Sarpong
                                  *Senior Counsel*

**VIA ECF:** Gabriel Harvis, Esq