> *This Court has reviewed the submissions in camera, and Defendants are directed to produce the complete files for the complaints summarized at:*
> *(4) IA Log #2016-34672 - PO Hanson's IAB Resume Report (D000084-85) [D000116-120]*
> *and (6) IA Log #2015-36207 - PO Hanson's IAB Resume Report (D000084-85) [D000126-129].*
> *The remainder of the submitted material need not be produced, as this Court does not find it relevant to Plaintiff's claims.*
>
> **SO ORDERED:** **DATE:** 10/23/17
>
> /s/ Debra Freeman
> **DEBRA FREEMAN**
> **UNITED STATES MAGISTRATE JUDGE**

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nana K. Sarpong
Senior Counsel
Telephone: (212) 356-0827
Facsimile: (212) 356-3558
nsarpong@law.nyc.gov

October 18, 2017

**VIA FAX AND HAND DELIVERY**[1]
Honorable Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Lisa Snead v. City of New York, et al.</u>,
16-CV-9528 (AJN) (DCF)

You Honor:

    I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel for the City of New York, representing defendants City of New York, retired Police Officer Gregory Lobianco, Police Officer Richard Hanson and Sergeant Asa Barnes ("defendants") in connection with the above-referenced matter. On October 16, 2017, the Court ordered defendants to submit comprehensive summaries of the allegations at issue in the defendant officers' (1) Civilian Complaint Review Board ("CCRB") History, (2) Internal Affairs Bureau ("IAB") Resumes and (3) Central Personal Index ("CPI") Indices, for the Court's *in camera* review.

    Defendants hereby annex, for the Court's *in camera* review, comprehensive summaries, bearing Bates Stamp Nos. D000095-172, that corresponds to the unredacted copies of the officers' CCRB History, IAB Resumes and CPI Indices submitted to the Court on October 12, 2017. For the Court's convenience, defendants are also submitting a chart outlining the summaries and copies of the unredacted records, bearing Bates Stamp Nos. D000080-94.

    Defendants thank the Court for its attention to this matter.

Respectfully submitted,
/s/

Nana K. Sarpong
Senior Counsel

cc: **VIA EMAIL (w/o chart and annexed documents)**: Gabriel P. Harvis, Esq.

---

[1] Due to the large number of pages, defendants submit the comprehensive summaries by hand delivery.