UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 7 2017

Lisa Snead,

        Plaintiff,

–v–

Gregory Lobianco et al.,

        Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Magistrate Judge's extension of the time in which to conduct discovery, the postdiscovery conference scheduled for December 1, 2017 is adjourned to December 15, 2017 at 3:00 p.m.

    SO ORDERED.

Dated: November 27, 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1