UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 4 2017

Lisa Snead,

        Plaintiff,

–v–

Gregory Lobianco et al.,

        Defendants.

16 Civ 9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to Magistrate Judge Freeman's November 14, 2017 order in the above-captioned matter, fact discovery is scheduled to close on December 11, 2017. This Court has scheduled a post-discovery status conference for December 15, 2017. Dkt. No. 52. In light of those deadlines, it is hereby ORDERED that by December 8, 2017, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: December ___, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge