UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA SNEAD,

                             Plaintiff,                  **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,                  **16-CV-9528 (AJN)(DCF)**

                            Defendants,

WILHEMINA BRYANT-FORBES,

                            Movant,

TIFFANY D'ANDREA-PRYOR,

                            Movant.

---

TO:    The Clerk of the Court and all parties of record.

       I am admitted to practice in the United States District Court for the Southern District of New York. I hereby appear as counsel in this case on behalf of the movant, Wilhelmina Bryant-Forbes.


Dated:    New York, New York
             January 11, 2018

                                              Respectfully submitted,

                                        By:         /s/
                                                  David B. Rankin, Esq.
                                                  Beldock Levine and Hoffman, LLP
                                                  *Attorney for Wilhelmina Bryant-Forbes*
                                                   99 Park Avenue, PH/26th Floor
                                                 New York, New York 10016
                                                 t: 212-490-0400
                                                 f: 212-277-5880
                                                 e: drankin@blhny.com