UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X  16-CV-9528 (AJN)(DCF)

LISA SNEAD,

                         Plaintiff,

                                          **NOTICE OF**
        -against-                              **APPEARANCE**

THE CITY OF NEW YORK et al.,

                         Defendant(s).

-----------------------------------------------------------------------X

**APPEARANCE OF COUNSEL**

**To the Clerk of Court and All Parties of Record:**

      **PLEASE TAKE NOTICE,** that Christopher H. Fitzgerald, Esq., is admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for movant D'Andrea Tiffany Pryor, a non-party witness in this action.

DATED:     New York, New York
                January 11, 2018

                                                    Respectfully Submitted.

                                                      /s/
                                                 _____
                                                 Christopher H. Fitzgerald (CF1415)
                                                 233 Broadway, Suite 2348
                                                 New York, NY 10279
                                                 t. (212) 226-2275
                                                 f. (212) 226-3224
                                                 CFitzgerald@CHFLegal.com