UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LISA SNEAD,

                              Plaintiff,

              -against-

CITY OF NEW YORK, et al.,

                            Defendants.

------------------------------------------------------------------x

DECLARATION OF GABRIEL P. HARVIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

16 CV 9528 (AJN)

      GABRIEL P. HARVIS, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      I am a partner in the law firm of Harvis & Fett LLP, attorneys for plaintiff Lisa Snead. As such, I am fully familiar with the facts and circumstances of this case. I submit this Declaration in Support of Plaintiff's Motion for Partial Summary Judgment.

<u>Exhibits to Plaintiff's Motion</u>

      1.    Annexed as Exhibit 1 is a copy of relevant excerpts from the transcript of the deposition of defendant Gregory LoBianco held on December 4, 2017.

      2.    Annexed as Exhibit 2 is a copy of the criminal complaint filed against plaintiff Lisa Snead that was executed by defendant LoBianco on June 25, 2015.

      3.    Annexed as Exhibit 3 is a copy of relevant excerpts from the memo book of defendant LoBianco.

      4.    Annexed as Exhibit 4 is a copy of the OLPA form related to plaintiff's arrest on June 24, 2015.

5. Annexed as Exhibit 5 is a copy of the misdemeanor cover sheet and court action sheet related to plaintiff's prosecution under docket number 2015NY040259.

6. Annexed as Exhibit 6 is a copy of the transcript of the proceedings in *People v. Lisa Snead* on June 25, 2015.

7. Annexed as Exhibit 7 is an affirmation of Edward Barrett, Esq. dated April 20, 2016.

8. Annexed as Exhibit 8 is a copy of the transcript of the proceedings in *People v. Lisa Snead* on September 21, 2016.

9. Annexed as Exhibit 9 is a copy of the certificate of disposition reflecting the dismissal of the criminal charges against plaintiff.

Dated:  New York, New York
        January 22, 2018

                                        HARVIS & FETT LLP

                                        _____
                                        Gabriel P. Harvis
                                        305 Broadway, 14th Floor
                                        New York, New York 10007
                                        (212) 323-6880
                                        gharvis@civilrights.nyc

                                        *Attorneys for plaintiff Lisa Snead*