```
                                                        Page 1

 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No.: 1:16-cv-09528 (AJN)(DCF)
 5    ------------------------------------------x
      LISA SNEAD,
 6
                         Plaintiff,
 7
              - against -
 8
      CITY OF NEW YORK; Police Officer GREGORY
 9    LoBIANCO, Shield No. 31307; and JOHN and
      JANE DOE 1 through 10,
10
                         Defendants.
11
      ------------------------------------------x
12                       December 4, 2017
                         10:34 a.m.
13
14         VIDEO-RECORDED DEPOSITION of the
      Defendant GREGORY LoBIANCO, taken by the
15    Plaintiff, pursuant to Notice, held at the
      offices of Harvis & Fett, LLP, 305
16    Broadway, New York, New York, before Abner
      D. Berzon, a Registered Professional
17    Reporter, Certified Realtime Reporter and
      Notary Public of the State of New York.
18
19
20
21
22
23
24
25
```

```
                                              Page 43
 1                    LoBIANCO
 2   street?
 3        A.    I don't recall.
 4        Q.    Okay.  So it's possible that, in
 5   addition to there being four lanes of
 6   traffic, there was also her friend between
 7   you and Lisa Snead?
 8             MR. SARPONG:  Objection to the
 9        form.  You can answer.
10        A.    It is possible.
11        Q.    Okay.  Did you have any doubt
12   when you made that observation from the
13   westbound roadway that Ms. Snead had an
14   alcoholic beverage in her hand?
15        A.    No.
16        Q.    You were certain of it?
17        A.    Yes.
18        Q.    Okay. And did you know at that
19   time -- oh, did you see her drinking from
20   the can?
21        A.    I did not.
22        Q.    Okay.  Do you know whether or
23   not it's required that you see someone
24   consume alcohol before you charge them
25   with consumption of alcohol?
```

```
                                             Page 271
 1                    LoBIANCO
 2      Q.    So did Lisa Snead intend to
 3   consume the contents of that can?
 4      A.    I am not sure.
 5      Q.    And do you know -- before you
 6   signed this, did you read it?
 7      A.    I did.
 8      Q.    Okay.  And you -- and when you
 9   signed this, you were signing it under the
10   penalty of perjury; correct?
11      A.    Correct.
12      Q.    You see where it says that you
13   observed -- first line, the factual basis
14   for the charges, says that you observed
15   Lisa Snead drinking from an open can?
16      A.    I do.
17      Q.    Okay.  That's not true; right?
18            MR. SARPONG:  Objection to the
19      form.
20      A.    No, I had not seen her drinking
21   from the can.
22      Q.    Why did you sign something under
23   penalty of perjury saying that you had
24   seen her drinking it when you didn't?
25      A.    I'm not sure.
```

Page 276

1                    LoBIANCO
2       Q.    Did you tell the DA about that?
3       A.    I did.
4       Q.    And when you got this and it
5    didn't say that, did you contact the DA
6    and ask them to add that in?
7       A.    I did not.
8       Q.    Okay.  And about the part about
9    her drinking from the can, when you read
10   that and you -- because you knew at the
11   time that that wasn't true; right?
12            MR. SARPONG:  Objection to the
13      form.
14      A.    I don't recall.
15      Q.    Well, do you recall calling the
16   ADA and saying that "We got to change this
17   because I didn't see her drinking"?
18      A.    I don't.
19      Q.    Okay.  You would have made a
20   note in your memo book; right, about that?
21            MR. SARPONG:  Objection to the
22      form.
23      A.    I do not think I would have made
24   a note in my memo book about that.
25      Q.    Okay.  Well, were there any