CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Lisa Snead (F 49),

Defendant.

MISDEMEANOR

Police Officer Gregory Lobianco, Shield 31307 of the Patrol Borough Manhattan North, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 205.30 | Resisting Arrest (defendant #1: 1 count) |
| 2 | AC 10-125(b) | Consumption of Alcohol in a Public Place (defendant #1: 1 count) |
| 3 | PL 240.20(3) | Disorderly Conduct (defendant #1: 1 count) |

On or about June 24, 2015 at about 9:50 P.M., at 211 West 145 Street in the County and State of New York, the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person; the defendant possessed with intent to consume an open container containing an alcoholic beverage in a public place, other than a block party, feast and similar function for which a permit had been obtained; the defendant, with intent to cause public inconvenience, annoyance and alarm and recklessly creating a risk thereof, used abusive and obscene language and made an obscene gesture in a public place.

*The factual basis for these charges are as follows:*

I observed the defendant, in a public place, on the sidewalk, drinking from an open Bud Light Rasberita can, which contained an alcoholic beverage. The defendant was not participating in a block party, feast or similar function.

I know the Bud Light Rasberita can contained alcohol containing more than one half of one percent (.005) of alcohol by volume based on my training and experience and my observations of the label on the container, which states that it contains alcohol consisting of more than one half of one percent (.005) of alcohol by volume, the odor emanating from the container and my observation of the packaging which is characteristic of an alcoholic beverage.

I further observed the defendant begin yelling, cursing, and threatening me. I observed the defendant continue to use abusive and obscene language for several minutes. I

D000043

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR

-against-

Lisa Snead (F 49),

Defendant.

observed that as a result of the defendant's actions a crowd started to form around me.

When I attempted to place the defendant under arrest for the above described conduct, she twisted away from me, refused to put her hands behind her back, threw her arms up and down, and pulled her arms away from me making it difficult to handcuff her.

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____       6/25/15    1120
Police Officer Gregory Lobianco          Date       Time

D000044