CITY OF NEW YORK
**POLICE DEPARTMENT**     B   180369

Name: PO LoBianco     Tax Reg. No. [redacted]

Date Opened: 5/24/15     Supervisory Officer: [signature]

Date Closed: 09/22/15     Supervisory Officer: [signature]

PD 112-145 (07-09)

D000028

Tue 6/23/15 RDO Po [signature] 3/13-7
WED 6/24/15 tour 1930 X9/55
Assignment: 032 PCT
RD: 8/13/15
Post: 12/13   meal: 0/00
1936: PFD @ 32 pct
1953: Roll call by Lt Ramos
2015: 8υ @ post

D000029

2047: RMP #278 mileage 78/79
1/2 tank poor condition
EZP no contro

2150: one female stopped
2158: one female under
D/o 2/( w/14557 resisting arrest
Snead, LISA DOB: [REDACTED]
[REDACTED]
NYSID# [REDACTED]
Arrest# M15646650
2202: 84 @ 32 Pct
2241: notification made to operations
2252: notification made to M+H
2340: image printed
2344: photo taken
0000: faxed paper work
0244: transport to MCB
RMP 8890 mileage 14,962 1/8 gas
poor condition scratches + dents
EZP in PMK  no Contro
0315: 84 @ MCB
0400: enroute to 32 Pct
0435: [illegible] 3" Est po [illegible] 31307

D000030

THU 6/25/15 tour 0705 X 1540
Assignment: 032 PCt
0705: PFD @ 32 PCt
07:6 TOG 62A



1100: ADA Riddle called to
draw up case
1120: Signed + faxed affadavit

1510: Eot Po hr 3/307

D000031