SNEAD, LISA                                                FEMALE/ BLACK/ 49                                              M15646650

NYSID :  
Fax Num : MO029462  
Court Part : APAR2  
Docket Num : 2015NY040259

Arrest Precinct : 32

Arrest Officer : LOBIANCO, GREGORY  
AO Command : 162  
AO TaxId :  
AO Rank : POM  
AO Dept :

Status :  
Current Lodging : MF2 FEEDER PEN  
Top Charge : PL 205.30  
Notes On File ? NO

Custody Time : 18 hrs 46 mins  
Arraignment Time : 18 hrs 46 mins



| ARREST 06/24/2015 2158 | RECORD CREATE 06/24/2015 2345 | NYSID 06/24/2015 2359 | DNA BANNER 06/24/2015 2359 |
|---|---|---|---|
| PAPERWORK READY - 06/25/2015 0016 | AO RELEASE 06/25/2015 1120 | COMPLAINT SWORN - 06/25/2015 1120 | COMPLAINT RECEIVED 06/25/2015 1219 |
| BREAKDOWN 06/25/2015 1217 | PACKAGE TO COURT 06/25/2015 1228 | DOCKETED 06/25/2015 1346 | IRIS CAPTURED 06/25/2015 0322 |
| IRIS VERIFIED 06/25/2015 1644 | ARRAIGNMENT CLOSED 06/25/2015 1644 | ROR 06/25/2015 1644 | |

### Arraignment Status

| Activity Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| ARREST | 06/24/2015 2158 | - |
| RECORD CREATE | 06/24/2015 2345 | - |
| NYSID | 06/24/2015 2359 | - |
| DNA BANNER | 06/24/2015 2359 | - 06/24/2015 2359 |
| PAPERWORK READY | 06/25/2015 0016 | - |
| AO RELEASE | 06/25/2015 1120 | - |
| COMPLAINT SWORN | 06/25/2015 1120 | - |
| COMPLAINT RECEIVED | 06/25/2015 1219 | - |
| BREAKDOWN | 06/25/2015 1217 | - |
| PACKAGE TO COURT | 06/25/2015 1228 | - |
| DOCKETED | 06/25/2015 1346 | - |
| IRIS CAPTURED | 06/25/2015 0322 | - |
| IRIS VERIFIED | 06/25/2015 1644 | - |
| ARRAIGNMENT CLOSED | 06/25/2015 1644 | - |
| ROR | 06/25/2015 1644 | - |

### Lodging Status/History

| Lodging Name | StartDate/Time | - EndDate/Time |
|---|---|---|
| 032 PRECINCT | 06/24/2015 2158 | - 06/25/2015 0313 |
| FEMALE HOLDING (MFH) | 06/25/2015 0313 | - 06/25/2015 1517 |
| MF2 FEEDER PEN | 06/25/2015 1517 | - |

### Charges

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 205.30 | M | A | 0 |
| PL 240.20 01 | V | 0 | 0 |
| PL 240.20 02 | V | 0 | 0 |
| PL 240.20 03 | V | 0 | 0 |
| PL 240.20 07 | V | 0 | 0 |

### Grouped Arrests

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

### Grouped by NYSID

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

SNEAD, LISA | M15646650                                                                Page 1

SNEAD, LISA                                          FEMALE/ BLACK/ 49                                          M15646650

**Notes**

| Date | Time | Officer Cmd. | Officer Rank | Officer Last Name | Officer First Name | Note |
|---|---|---|---|---|---|---|
| 06/25/2015 | 0942 | 579 | SGT | HALDEMAN | SCOTT | S/B @ 0829 HRS W/ ADA RIDDLE. |
| 06/25/2015 | 1130 | 579 | SGT | HALDEMAN | SCOTT | S/B AGAIN @ 1054 HRS W/ ADA RIDDLE. |