## Criminal Court of the City of New York
### New York County
### Misdemeanor Complaint

M<sup>c</sup>Cormick

The People of the State of New York
vs.

**DEFENDANT:** SEALED pursuant to 9) 160.50 C.P.L.

M15646650

**CHARGES:**
PL 205.30
AC 10-125(b)
PL 240.20(3)

**DOCKET NUMBER:** 2015NY040259



MISDEMEANOR

Interpreter: Language _____ Screener: RIDDLE, BRANDON - TB80

**Notices Served at Arraignment:**
- ☐ CPL 710.30(1)(A) - Statement
- ☐ CPL 710.30(1)(B) - Identification     None
- ☐ CPL 250.20 - Alibi
- ☐ PL 450.10(48 hrs /15 days) - Property
- ☐ CPL 170.20 - Grand Jury
- ☐ Cross Grand Jury
- ☐ OTHER: _____

**Adjournment:**
Part: AP  Date: 8/13  R+D
Bail Condition: RCR-C

(Ins. Co. Bond) / (Cash) / (Other)

- ☐ ART 730 Exam Ordered
- ☐ Protective Custody
- ☐ Medical Attention
- ☐ Psychiatric Evaluation
- ☐ Suicide Watch
- ☑ Deemed an Information
  Defense Motions Due: 7/23
- ☐ T.O.P. / F.O.P.

**Documents Served at Arraignment:** / **Needed For Conversion**
- ☐ Supporting Deposition  ☐
- ☐ DMV Abstract  ☐
- ☐ Lab Report/ Field Test  ☐
- ☐ DWI Paperwork  ☐
- ☐ Domestic Incident
- ☐ Family Registry
- ☐ Underlying T.O.P.  ☐

ENT IS

**Disposition:**
- ☐ ACD - CPL 170.55
- ☐ ACD - CPL 170.56
- ☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
- ☐ Investigation & Sentence Ordered
- ☐ DNA -Eligible Misdemeanor
- ☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge:
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
- ☐ Judgment Entered - All Fees
- ☐ $200 Misd.  ☐ $120 Viol.  ☐ $88 VTL*
- ☐ $395 VTL1192 Misd.*  ☐ $255 VTL1192(1) Infrac.*
  *(For offenses on or after August 1, 2008)
- ☐ $50 - DNA Fee

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| GREGORY LOBIANCO | | | |

Judge: No off[er]

06-25-15
AP2
HON. H. CESARE
RPT. Y. OVIEDO

D000014

# CRIMINAL COURT OF THE CITY OF NEW YORK
## RECORD OF COURT ACTION

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| JUL 21 2016 | TTO: PTC+FS<br>No DISPO<br>T N R<br>Request 763(a+a+) | ☒ Defendant<br>☒ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |

**Interpreter**

| Part | | Reason for Adjournment |
|---|---|---|
| PART A | | ☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program |

| Judge | |
|---|---|
| HON. USHIR PANDIT-DURANT | 9-28-16 A H&T |

| Reporter | ☐ TOP | Notify |
|---|---|---|
| S. MORRISON | PC _____ (sig)<br>Bail Condition          Judge | ☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney |

| Date | HOLD _____ | Present | Absent | Readiness |
|---|---|---|---|---|
| | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |

**Interpreter**

| Part | | Reason for Adjournment |
|---|---|---|
| PART A<br>PAEK<br>FILION<br>09-21-2016 | PEOPLE CONCEDE 30.30<br>DISMISSED & SEALED | ☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program |

| Judge | |
|---|---|
| HON. K.<br>CTRPT | |

| Reporter | ☐ TOP | Notify |
|---|---|---|
| | Bail Condition          Judge | ☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney |

| Date | HOLD _____ | Present | Absent | Readiness |
|---|---|---|---|---|
| | | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |

**Interpreter**

| Part | | Reason for Adjournment |
|---|---|---|
| | | ☐ S/D ☐ Hearing<br>☐ OFD/Discovery ☐ Bench Trial<br>☐ Possible Disposition ☐ Jury Trial<br>☐ Decision ☐ Program |

| Judge | |
|---|---|

| Reporter | ☐ TOP | Notify |
|---|---|---|
| | Bail Condition          Judge | ☐ Charged ☐ Defendant ☐ Defendant Excused<br>☐ Excluded ☐ Attorney |

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | D00015 |

CRC 3031 (04/2012)

| | | |
|---|---|---|
| Pa | HOLD _____ <br><br> H's response <br><br> A/c response <br> × 6/3 <br><br> D's app. excused. <br><br> PC <br> Bail Condition _____ Judge | **Present / Absent / Readiness** <br> ☑ Defendant / ☐ Defendant / ☐ π ready <br> ☐ Attorney / ☐ Attorney / ☐ π not ready <br> Interpreter <br><br> **Reason for Adjournment** <br> ☐ S/D  ☐ Hearing <br> ☐ OFD/Discovery  ☐ Bench Trial <br> ☐ Possible Disposition  ☐ Jury Trial <br> ☐ Decision  ☐ Program _____ <br><br> A   6/22   Decns <br><br> **Notify** <br> ☐ Charged  ☐ Defendant  ☐ Defendant Excused <br> ☐ Excluded  ☐ Attorney |
| PART A <br> HON. K. PAEK <br> RPTR D. COGLIANO <br> 05-18-2016 <br><br> Reporter  ☐ TOP <br><br> Date |
| JUN 22 2016 <br><br> Part <br><br> PART A <br><br> Judge <br><br> HON. KATHRYN S. PAEK <br><br> Reporter  Y. OVIEDO  ☐ TOP <br><br> Date | HOLD _____ <br><br> 67 days chargeable <br> MTD is denied <br><br> 0 - PTR + TS <br><br> PC <br> Bail Condition _____ Judge | **Present / Absent / Readiness** <br> ☐ Defendant / ☐ Defendant / ☐ π ready <br> ☐ Attorney / ☐ Attorney / ☐ π not ready <br> Interpreter <br><br> **Reason for Adjournment** <br> ☐ S/D  ☐ Hearing <br> ☐ OFD/Discovery  ☐ Bench Trial <br> ☐ Possible Disposition  ☐ Jury Trial <br> ☐ Decision  ☐ Program _____ <br><br> A.   7/21   trial <br><br> **Notify** <br> ☐ Charged  ☐ Defendant  ☐ Defendant Excused <br> ☐ Excluded  ☐ Attorney |
| Part <br><br> Judge <br><br> Reporter  ☐ TOP | HOLD _____ <br><br> [scribbled out] <br><br> Bail Condition _____ Judge | **Present / Absent / Readiness** <br> ☐ Defendant / ☐ Defendant / ☐ π ready <br> ☐ Attorney / ☐ Attorney / ☐ π not ready <br> Interpreter <br><br> **Reason for Adjournment** <br> ☐ S/D  ☐ Hearing <br> ☐ OFD/Discovery  ☐ Bench Trial <br> ☐ Possible Disposition  ☐ Jury Trial <br> ☐ Decision  ☐ Program _____ <br><br> **Notify** <br> ☐ Charged  ☐ Defendant  ☐ Defendant Excused <br> ☐ Excluded  ☐ Attorney |

TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____  TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: _____

RC 3031 (04/2012)

D000016

| Date | HOLD | | Present | Absent | Readiness |
|---|---|---|---|---|---|
| HON. L. PETERSON 02-01-2016 PART A CTRPT- V GERALDI | PTC TS | PNR adj. 2-16-16 | ☐ Defendant<br>☐ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | | Interpreter | | |
| | | | Reason for Adjournment | | |
| Judge | | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| | | | 2-16-16 Trial A | | |
| Reporter | ☐ TOP | | | Notify | |
| | PL | WP | until 2-16-16<br>☑ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |
| | Bail Condition | Judge | | | |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| FEB 16 2016 PART A RPTR - Y. OVIEDO HON. C. MITCHELL | π. 7 Ready<br>π req # 2/2-6 | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | Interpreter | | |
| Part | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| | PTA | 4/18 Trial | | |
| Reporter | ☐ TOP | | Notify | |
| | PC- | ☒ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |
| | Bail Condition  Judge | | | |

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| 04-18-2016 PART A HON. K. MCGRATH | TR Jury<br>TC-TS<br>DC 4-29<br>TI 5-13 | ☑ Defendant<br>☑ Attorney | ☐ Defendant<br>☐ Attorney | ☐ π ready<br>☐ π not ready |
| | | Interpreter | | |
| Part | | Reason for Adjournment | | |
| Judge | | ☐ S/D<br>☐ OFD/Discovery<br>☐ Possible Disposition<br>☐ Decision | ☐ Hearing<br>☐ Bench Trial<br>☐ Jury Trial<br>☐ Program | |
| | | A 5-13 PC | | |
| Reporter | ☐ TOP | | Notify | |
| | Bail Condition  Judge | ☐ Charged<br>☐ Excluded | ☐ Defendant<br>☐ Attorney | ☐ Defendant Excused |

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | |

CRC 3031 (04/2012)

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| PART A - BARKER HON. A. BARKER 08-13-2015 CT.PT - V.FITZGERALD | VDF × 9/3/15 D/C motions denied □ TOP BWS @ Bail Condition / Judge | □ Defendant □ Attorney | □ Defendant □ Attorney | □ π ready □ π not ready |

Interpreter:

Reason for Adjournment: □ S/D □ OFD/Discovery □ Possible Disposition □ Decision □ Hearing □ Bench Trial □ Jury Trial □ Program

Trial A 10/13/15

Notify: □ Charged □ Excluded / □ Defendant □ Attorney / □ Defendant Excused

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| PART A PETERSON HON. L. PETERSON 10-13-2015 RPTR - SCOTT TO J. MARTINEZ | π's response S+F 240.20 CD PNR □ TOP PC MP Bail Condition / Judge | □ Defendant □ Attorney | □ Defendant □ Attorney | □ π ready □ π not ready |

Interpreter:

Reason for Adjournment: □ S/D □ OFD/Discovery □ Possible Disposition □ Decision □ Hearing □ Bench Trial □ Jury Trial □ Program

12-8-15 A Trial

Notify: ☑ Charged □ Excluded / □ Defendant □ Attorney / □ Defendant Excused

| Date | HOLD | Present | Absent | Readiness |
|---|---|---|---|---|
| PART A PETERSON HON. L. PETERSON 12-08-2015 CT.PT - D. COOKE | PR 2:15 HCR Both sides R No parts □ TOP PC MP Bail Condition / Judge | □ Defendant □ Attorney | □ Defendant □ Attorney | □ π ready □ π not ready |

Interpreter:

Reason for Adjournment: □ S/D □ OFD/Discovery □ Possible Disposition □ Decision □ Hearing □ Bench Trial □ Jury Trial □ Program

2-1-16 A Trial

Notify: □ Charged ☑ Excluded / □ Defendant □ Attorney / □ Defendant Excused

| TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: | TEMPORARY ORDER OF PROTECTION IN EFFECT UNTIL: |
|---|---|
| | |

CRC 3031 (04/2012)                                                                                                           D000018