```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK
     COUNTY OF NEW YORK:    PART  AR-2
 2   ------------------------------------X

 3   THE PEOPLE OF THE STATE OF NEW YORK    :  DOCKET NO.

 4                                          :  2015NY040259

 5              -against-                   :

 6   LISA SNEAD,                            :
                          Defendant.
 7   ------------------------------------X
                          100 Centre Street
 8                        New York, N.Y. 10013
                          June 25, 2015
 9

10   H O N O R A B L E:

11                  HEIDI CESARE,

12                                      Judge.

13   A P P E A R A N C E S:

14         FOR THE PEOPLE:

15              CYRUS VANCE, JR., ESQ.
                   DISTRICT ATTORNEY
16                 NEW YORK COUNTY
                BY:  MICHELLE WINTERS, ESQ.
17

18         FOR THE DEFENDANT:

19              NEW YORK COUNTY DEFENDER SERVICES
                   225 BROADWAY
20                 NEW YORK, NEW YORK
                BY:  COLLEEN McCORMICK-MAITLAND, ESQ.
21

22                            YVONNE OVIEDO
                         OFFICIAL COURT REPORTER
23

24

25
```

PROCEEDINGS

1      COURT OFFICER: Docket ending 259, Lisa Snead.
2   The defendant is charged with resisting arrest and
3   underlying charges.
4       Do you waive the reading of the rights and charges,
5   but not the rights thereunder?
6       MS. McCORMICK-MAITLAND: New York County Defender
7   Services, by Colleen McCormick-Maitland.
8       So waived.
9       COURT OFFICER: People.
10      MS. WINTERS: Michelle Winters, for the People.
11   There is no offer or recommendation at this time.
12   There are no notices. The People are consenting to the
13   defendant's release.
14      THE COURT: This is an information.
15      MS. McCORMICK-MAITLAND: I will take a motion
16   schedule.
17      THE COURT: July 23rd for motions. Part-A for
18   response and decision. Your next court date will be
19   August 12th.
20                      *****
21   This is certified to be a true and accurate transcript
     of the above proceedings recorded by me.
22
23                              _____
24                              YVONNE OVIEDO
                                OFFICIAL COURT REPORTER
25