```
CRIMINAL COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK:  PART A
-------------------------------

THE PEOPLE OF THE STATE OF NEW YORK      Docket No.
                                         2015NY040259


          -against-



LISA SNEAD,
              Defendant

-------------------------------

                                    100 Centre Street
                                    New York, New York 10013
                                    September 21, 2016

B E F O R E:

      HONORABLE KATHRYN PAEK, Judge


A P P E A R A N C E S:

      FOR THE PEOPLE:

      OFFICE OF CYRUS R. VANCE, JR., ESQ.
      District Attorney, New York County
      One Hogan Place
      New York, New York 10013
      BY: DIANA SEREBRENIK, ESQ.
      Assistant District Attorney



                          JOHN F. FILION, RPR
                          Official Court Reporter
```

PROCEEDINGS

    COURT OFFICER: Calendar Number Five, Lisa Snead.

    MS. SEREBRENIK: As to docket ending 259, Lisa Snead, the People concede 30.30.

P043

THE COURT: Case is dismissed and sealed.

COURT OFFICER: Ms. Snead, your case is dismissed and sealed. You're free to go.

THE DEFENDANT: Thank you.

******

This is certified to be a true and accurate transcript of the above proceeding recorded by me.

_____

JOHN F. FILION, RPR

OFFICIAL COURT REPORTER

P044