```
CRIMINAL COURT OF THE CITY OF NEW YORK        CERTIFICATE OF DISPOSITION
COUNTY OF NEW YORK                                  NUMBER: 475010

THE PEOPLE OF THE STATE OF NEW YORK
                VS

SNEAD,LISA
Defendant                                      Date of Birth

Address                                        NYSID Number

                                               06/24/2015
City            State     Zip                  Date of Arrest/Issue

Docket Number: 2015NY040259                    Summons No:

205.30 240.20 AC 10.125B
Arraignment Charges
```

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 09/21/2016 | DISM - SPEEDY TRIAL PROVISIONS | PAEK,K | A |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY         _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
  THIS COURT.
  CALDERON,N                                  12/28/2016
  COURT OFFICIAL SIGNATURE AND SEAL           DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



pursuant to Section 160.50 of the CPL                           D000011