UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

LISA SNEAD,

          Plaintiff,

    -against--

CITY OF NEW YORK, Police Officer GREGORY
LOBIANCO, Shield No. 31307; Police Officer
RICHARD HANSON, Shield No. 20219; Sergeant
ASA BARNES, Shield No. 2040;. and JOHN and
JANE DOE 3 THROUGH 10,

         Defendants.

-----------------------------------------------------------------------x

**NOTICE OF CROSS-
MOTION FOR
PARTIAL SUMMARY
JUDGMENT
PURSUANT TO
FED. R. CIV. P. 56**


16 CV 9528 (AJN)

    **PLEASE TAKE NOTICE** that, upon the Declaration of Nana K. Sarpong dated

February 5, 2018, together with the exhibits annexed thereto, Defendants' Statement of Facts

Pursuant to Local Civil Rule 56.1 dated February 6, 2018, Defendants' Memorandum of Law

dated February 6, 2018, and all pleadings and proceedings previously had herein, defendants

City of New York, Police Officers Gregory LoBianco and Richard Hanson, and Sergeant Asa

Barnes will move before the Honorable Alison J. Nathan, United States District Judge, at the

Thurgood Marshall United States Courthouse for the Southern District of New York, located at

40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court,

for an Order dismissing in part plaintiff's Amended Complaint, pursuant to Federal Rule of Civil

Procedure 56, and granting such other and further relief as the Court deems just, proper, and

equitable.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition, if any, is due

by February 21, 2018.

Dated: New York, New York
      February 7, 2018

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,*
*LoBianco, Hanson, and Barnes*
100 Church Street, Room 3-137
New York, New York 10007
(212) 356-0827

By:       /s/
            Nana K. Sarpong
            Senior Counsel

TO:   VIA ECF
      Gabriel P. Harvis, Esq.
      Harvis & Fett LLP
      *Attorneys for Plaintiff*
      305 Broadway, 14th Floor
      New York, New York 10007