# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:
212-277-5825

February 21, 2018

**BY ECF**
Honorable Debra C. Freeman
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Snead v. City of New York, et al.*, 16 CV 9528 (AJN) (DCF)

Your Honor:

    I write to request an additional two weeks to comply with Your Honor's Order dated February 7, 2018. This is the first request for this relief. The basis for this request is the undersigned has been engaged in the trial of *Emamian v. The Rockefeller University*, No. 07 Civ. 3919 (DAB), since January 17, 2018. The trial is, now, expected to conclude the week of February 26, 2018. As such, I require additional time to comply with Your Honor's Order.

    Currently, production was Ordered today, February 21, 2018. The defendants have consented to one additional week, but as the trial is expected to conclude sometime next week, an additional week is insufficient to comply with Your Honor's direction. Should this application be granted, production would be due to the defendants by March 7, 2018.

    Thank you for your consideration of this request.

    Respectfully submitted,

David B. Rankin
*Counsel to non-party Wilhelmina Bryant-Forbes*

cc:    Counsel *via* ECF