

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | NANA K. SARPONG<br>*Senior Counsel*<br>Tel.: (212) 356-0827<br>Fax: (212) 356-3558<br>Email: nsarpong@nyc.gov |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 6 2018

March 26, 2018

**BY ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

3/26/18

SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

      Re:    <u>Lisa Snead v. City of New York, et al.</u>,
            16 Civ. 9528 (AJN)

Your Honor:

      I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, retired Police Officer Gregory Lobianco and Sergeant Asa Barnes ("defendants") in connection with the above-referenced matter. I write on behalf of defendants to respectfully request a two-week extension of time, from March 26, 2018 to April 9, 2018, to serve defendants' reply to their motion for partial summary judgment. (Docket Entry No. 73) Plaintiff's counsel, Gabe Harvis, takes no position on this request, which is defendants' first request to extend the time to serve their reply motion papers.

SO ORDERED

      On February 20, 2018, the Court granted plaintiff's request for an extension of time to serve her response and reply to defendants' and plaintiff's motion to partial summary judgment until March 19, 2018. (Docket Entry No. 82) Accordingly, on March 19, 2018, plaintiff filed her opposition and reply motion papers on ECF. (Docket Entry Nos. 93-95) Since receiving plaintiff's opposition and reply just before midnight on March 19, 2018, the

undersigned has been busy working on dispositive motion in other cases[1] and requires additional time to serve defendants' reply.

In light of the foregoing, defendants respectfully request a brief two-week extension of time, from March 26, 2018 to April 9, 2018 to serve their reply papers. The undersigned apologizes for the late submission of this request.

Defendants thank the Court for its consideration.

Respectfully submitted,

/s/

Nana K. Sarpong
*Senior Counsel*

**VIA ECF:**
Gabriel Harvis and Baree Fett, Esqs.

---

[1] On March 22, 2018, the undersigned submitted reply motion papers in the matter of Smalls v. City, et al., 15-cv-3017 (RRM) (RLM) before the Honorable Roslynn R. Mauskopf in Eastern District of New York; On March 22, 2018, defendants was granted a one week extension until March 30, 2018, to serve reply papers in the matter Anselm Udechukwu v. City, et al., 17-cv-2261 (AJN) before the Honorable William F. Kuntz, II in Eastern District of New York.