

eeplaw.com
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
JORDAN JODRÉ*
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
STEPHEN KAHN
MATTHEW KRIVITSKY
EVAN M. LA PENNA
DOMINICK MINGIONE
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND

*Also Admitted In New Jersey

September 6, 2018

<u>BY ECF</u>
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Snead v. Lobianco, et al.*, 16 CV 9528 (AJN)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write pursuant to Rule 3(H) of the Court's Individual Practices to respectfully notify the Court that the parties' cross-motions for partial summary judgment (Dkt. Nos. 64 & 73) were fully briefed as of April 6, 2018 and have not yet been decided.

    Thank you for your attention to this matter.

                                                                 Respectfully submitted,

                                                                 Gabriel P. Harvis

cc:    All Counsel