

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Snead,

            Plaintiff,

–v–

Gregory Lobianco et al.,

            Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 7, 2018, this Court ordered the parties to indicate whether they believed any data found on D'Andrea Tiffany Pryor's cell phone would be relevant to the pending cross-motions for summary judgment. Dkt. Nos. 64, 73, 107. The parties have now filed a joint letter, Dkt. No. 109, in which Plaintiff indicates that the recovered footage may be relevant to Defendants' motion for partial summary judgment and Defendants indicate that the purported footage to be recovered is both relevant and material to the dispositive motions of both parties. *Id.* at 1.

    Because at least one party has indicated that the evidence would potentially be relevant to each of the pending cross-motions for summary judgment, this Court hereby denies both motions <u>for administrative purposes only</u>. At such time as the recovery of material from the cell phone and production of that material is complete, the parties will notify the Court via a joint letter. In this letter, the parties shall indicate whether they request to re-file their original motions or to re-brief those motions in light of any relevant data uncovered and propose a schedule for filing. The Court will then set a schedule for the parties to re-brief or re-file their original motions accordingly. The Court will consider these motions expeditiously.

    SO ORDERED.

Dated: September 17, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge