UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lisa Snead,

     Plaintiff,

—v—

Gregory Lobianco et al.,

     Defendants.

16-cv-9528 (AJN)

ORDER

APR 2 3 2019

ALISON J. NATHAN, District Judge:

  On September 17, 2018, this Court administratively denied the parties' cross-motions for summary judgment pending the recovery and production of material from a third-party's cell phone. On April 11, 2019, the parties filed a letter with the Court stating that no video evidence was recovered. Dkt. No. 123. The parties jointly requested leave to re-file their motions for summary judgment. Both parties are hereby granted leave to re-file their original motions for summary judgment, memoranda in support, oppositions, and replies within one week of the date of this order.

  In addition, Defendants sought leave to supplement or amend their prior summary judgment briefing based on a recent Second Circuit decision, *Lanning v. City of Glens Falls*, 908 F.3d 19 (2d Cir. 2018). Dkt. No. 123 at 1-2. Plaintiff indicates that she would also like an opportunity to brief this issue. Dkt. No. 123 at 3-4. Accordingly, within one week of the date of this Order, Defendants shall file a supplemental letter brief of no more than 3 pages addressing *Lanning*. Plaintiff shall have one week after Defendants have filed their brief to file an opposition of no more than 3 pages.

  This resolves docket item number 123.

SO ORDERED.

Dated: April ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge