UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LISA SNEAD,

                              Plaintiff,

-against--

CITY OF NEW YORK, Police Officer GREGORY LOBIANCO, Shield No. 31307; Police Officer RICHARD HANSON, Shield No. 20219; Sergeant ASA BARNES, Shield No. 2040;. and JOHN and JANE DOE 3 THROUGH 10,

                              Defendants.

------------------------------------------------------------------x

**NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**

16 CV 9528 (AJN)

**PLEASE TAKE NOTICE** that, upon the Declaration of Nana K. Sarpong dated February 5, 2018, together with the exhibits annexed thereto, Defendants' Statement of Facts Pursuant to Local Civil Rule 56.1 dated February 6, 2018, Defendants' Memorandum of Law dated February 6, 2018, and all pleadings and proceedings previously had herein, defendants City of New York, Police Officers Gregory LoBianco and Richard Hanson, and Sergeant Asa Barnes will move before the Honorable Alison J. Nathan, United States District Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order dismissing in part plaintiff's Amended Complaint, pursuant to Federal Rule of Civil Procedure 56, and granting such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition, if any, is due by February 21, 2018.

Dated: New York, New York
February 7, 2018

> ZACHARY W. CARTER
> Corporation Counsel of the
> City of New York
> *Attorney for Defendants City of New York,*
> *LoBianco, Hanson, and Barnes*
> 100 Church Street, Room 3-137
> New York, New York 10007
> (212) 356-0827
>
> By: _____/s/_____
> Nana K. Sarpong
> Senior Counsel

TO: <u>VIA ECF</u>
Gabriel P. Harvis, Esq.
Harvis & Fett LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007