```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Snead,

                Plaintiff,

–v–

City of New York, *et al.*,

                Defendants.

16-cv-09528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter requesting a trial date and proposed schedule for pretrial submissions. Due to the backlog of jury trials in the Southern District due to the COVID-19 pandemic, the Court is unable to schedule a jury trial during the dates suggested by the parties. The parties should select one of the following weeks for trial: September 27th, October 4, October 11, or October 25, or November 1. The parties should then propose another schedule for pretrial submissions that is in line with that date.

    SO ORDERED.

Dated: March 24, 2021
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge