

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | HANNAH V. FADDIS<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-3509<br>hfaddis@law.nyc.gov |
|---|---|---|

April 12, 2021

**VIA ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021
```

      Re:    Lisa Snead v. City of New York, et al.,
               16-CV-9528 (AJN) (DCF)

Your Honor:

      I am the attorney assigned to represent the defendants in the above-referenced matter. Defendants write jointly with plaintiff pursuant to the Court's Order dated March 25, 2021 (ECF No. 151) to respectfully provide proposed trial dates and a schedule for pretrial submissions.

      The parties have conferred and are all available for trial the week of October 25, 2021. The parties anticipate that trial will take approximately four days, and respectfully propose the following briefing schedule for pretrial materials:

1. Joint Pretrial Report, Joint Requests to Charge, Joint Proposed Verdict Forms, Joint Proposed *Voir Dire*, Motions *in Limine*, and Trial Exhibits to be filed and served by August 20, 2021;

2. Opposition to Motions *in Limine* to be filed and served by September 17, 2021; and

3. Replies to Motions *in Limine* to be filed and served by October 1, 2021.

      Defendants thank the Court for its consideration.

**SO ORDERED.**

*/s/ Alison J. Nathan*
4/13/2021

> A final pretrial conference in this matter is scheduled for October 15, 2021.

Respectfully,

*/s/ Hannah V. Faddis*

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

CC:    **BY ECF ONLY**
         Gabriel Harvis
         Baree Fett
         *Counsel for Plaintiff*