```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Snead,

                Plaintiff,

–v–

Lobianco, *et al.*,

                Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court's June 23, 2021 Order, Dkt. No. 154, erroneously stated that the Court would request a jury for November 8, 2021. The Court will request a jury for October 25, 2021, which is the tentative date for trial in this matter.

    SO ORDERED.

Dated: July 18, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge