

| | **THE CITY OF NEW YORK** | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>Phone: (212) 356-2486<br>Fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

August 20, 2021

**VIA ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
NathanNYSDChambers@nysd.uscourts.gov.

      Re:    <u>Lisa Snead v. City of New York, et al.</u>

             15 CV 6915 (ER) (SN)

Your Honor:

      I am the attorney assigned to represent the defendants in the above-referenced matter. Defendants write to submit copies of their proposed trial exhibits, pursuant to the Court's Individual Rules of Practice.[1]

      Defendants also write to respectfully request permission to file Exhibit "A" under seal, as it contains information protected by the law enforcement privilege.

                                               Respectfully submitted,

                                               /s/

                                               Hannah V. Faddis
                                               *Senior Counsel*
                                               Special Federal Litigation Division

CC:    VIA ECF and EMAIL
         All counsel of record

---

[1] In accordance with the Court's Emergency Individual Rules, copies of these exhibits are being submitted by email rather than in hard copy. Additional copies can be provided to the Court, as needed.