

**eeplaw.com**
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116  F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

August 20, 2021

<u>BY ECF</u>
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *Snead v. LoBianco, et al.*, 16 CV 9528 (AJN) (DCF)

Your Honor:

  I represent plaintiff in the above-referenced action. I write pursuant to the Court's Individual Practices to respectfully submit plaintiff's proposed trial exhibits. If it should please the Court, two of plaintiff's exhibits – Exhibits 34 and 36 – contain documents defendants have designated as confidential. Accordingly, plaintiff respectfully requests leave to file these two exhibits under seal.

  In accordance with the Court's Individual Practices, the undersigned is also e-mailing the exhibits (and enclosed index) to Chambers.

  Thank you for your attention to this matter.

         Respectfully submitted,

         Gabriel P. Harvis

Encl.

cc: Defense Counsel