UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA SNEAD,<br><br>      Plaintiff,<br><br>-against-<br><br>Police Officer GREGORY LOBIANCO, Shield No. 31307; Police Officer RICHARD HANSON, Shield No. 20219; Sergeant ASA BARNES, Shield No. 2040; and JOHN and JANE DOE 3 through 10,<br><br>      Defendants. | PLAINTIFF'S PROPOSED TRIAL EXHIBITS<br><br>16 CV 9528 (AJN) (DCF) |

Exhibit Number

1. Omniform Arrest Report (D1-3)

2. Omniform Complaint Report (D4-7)

3. OLPA form (D8-9)

4. Omniform Arrests (D10)

5. Certificate of disposition (D11)

6. Criminal Complaint (D12-13)

7. Criminal court cover sheet (D14)

8. Court action sheet (D15-18)

9. Sprint Report (D20)

10. Sprint Index (D21)

11  IDs and notes (D26-27)

12  Lobianco memo book (D28-31)

13  Scratch copy of online (D32-33)

14  Scratch copy of complaint report (D34-37)

15  DA Cover Sheet (D40)

16  DA Datasheet (D41)

17  DA Supplementary facts (D42)

18  Signed and unsigned copies of criminal complaint (D43-46)

19  DA copy of Omniform arrest report (D47-49)

20  Arrest report print out (D50-52)

21  Excerpt of Lobianco's memo book (D53-54)

22  Notice of motion and affirmation in support of motion to dismiss (D55-58)

23  Witness list (D61)

24  Rosario list (D62)

25  Barnes memo book (D75-77)

26  Command log (D103-110 & D200-206 & D269-76 & D280-87 &288-303)

27  Prisoner holding pen roster (D111-114)

28  Command log entry for plaintiff (D166)

29  Certificate of disposition (D167)

30  DAT Investigation (D246-247)

31  Prisoner movement slip (D248)

32  Female prisoner holding pen roster (D277-279)

33  Hanson Memo Book (D304-305)

34  Precinct photos (D306-329) (Confidential)

35  Sprint Report (D355)

36  Disciplinary record (D365-D629) (Confidential)

37  Certificate of disposition (P1)

38  Alert Sheet (P2)

39  RAP sheet (P3-9)

40  Criminal complaint (P10-11)

41  CJA interview sheet (P12)

42  Affidavit of D'Andrea Tiffany Pryor (P14-15)

43  Criminal court transcripts (P16-44)

44  Arrest Notes (D630-D633)

\_\_\_\_/s/_____
Wayne A.J. Wattley
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10005
Office: 212-532-1116
Fax: 212-532-1176