UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Snead,

            Plaintiff,

–v–

City of New York, *et al.*,

            Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties' joint letter regarding the upcoming trial date. Dkt. No. 168. In light of the Defendants' request and the unlikelihood that trial will proceed on October 27, 2021, the Court will adjourn the trial until 2022. The parties are instructed to meet and confer and submit a joint letter by September 24, 2021 with potential trial dates beginning in March 2022.

    SO ORDERED.

Dated: September 9, 2021
       New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge