UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2021

Snead,

          Plaintiff,

–v–

City of New York, *et al.*,

          Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court ordered the parties to file a joint letter by September 24, 2021 with potential trial dates beginning in March 2022 (Dkt. No. 169), and the Court has not yet received that letter. The parties are directed to submit a joint letter providing those dates by Monday, October 4, 2021.

SO ORDERED.

Dated: September 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1