```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Snead,

                Plaintiff,

      –v–

City of New York, *et al.*,

                Defendants.

16-cv-9528 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' proposed trial dates. The Court will accordingly request April 26, 2022 in accordance with the Southern District of New York's COVID rules for centralized jury scheduling. The Court will inform the parties as soon as the trial date is assigned through the District's centralized calendaring system.


SO ORDERED.

Dated: October 6, 2021
       New York, New York

                                       _____
                                        ALISON J. NATHAN
                                      United States District Judge