USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Snead,<br><br>                    Plaintiff,<br><br>          –v–<br><br>Lobianco, *et al.*,<br><br>                    Defendant. | 16-cv-9528 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

The Court has set a tentative date for trial in this case on April 26, 2022. IT IS ORDERED that a final pretrial conference will occur on April 15, 2022 at 2:00 P.M. in Room 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: October 12, 2021
          New York, New York

_____
ALISON J. NATHAN
United States District Judge