USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Snead,

              Plaintiff,

–v–

Lobianco, *et al.*,

              Defendants.

16-cv-9528 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court previously granted Plaintiff's request for an extension of time to file her response to Defendants' motion in limine for a date to be set once the rescheduled trial date was determined. Dkt. No. 171. The Court now orders Plaintiff to file her response to Defendants' motion in limine by March 1, 2022.

SO ORDERED.

Dated: October 13, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge