```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
LISA SNEAD,                              :
                                         :    16cv9528(DLC)
                       Plaintiff,        :
                                         :        ORDER
           -v-                           :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This case having been transferred to my docket on December 10, 2021, it is hereby

    ORDERED that the parties shall provide 2 courtesy copies of their pretrial filings including their motions in limine and their proposed joint pretrial order to Chambers no later than January 7, 2022.

Dated:    New York, New York
           December 21, 2021

                                        DENISE COTE
                            United States District Judge