UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
--------------------------------------- X
                                        :
LISA SNEAD,                             :
                                        :
                      Plaintiff,        :        16cv9528 (DLC)
                                        :
           -v-                          :           ORDER
                                        :
GREGORY LOBIANCO, et al.,               :
                                        :
                                        :
                      Defendants.       :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

The Court held a final pretrial conference on March 9,
2022.  It is hereby

ORDERED that the defendants' motion in limine of August 20,
2021 is resolved in the manner stated on the record at the March
9 conference.

SO ORDERED:

Dated:    New York, New York
          March 9, 2022

_____
            DENISE COTE
    United States District Judge