```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LISA SNEAD,                             :     16cv9528 (DLC)
                                        :
                    Plaintiff,          :        ORDER
                                        :
          -v-                           :
                                        :
GREGORY LOBIANCO, et al.,               :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Having been informed by the Mediation Office that this case has been settled, it is hereby

    ORDERED that the parties are directed to file a stipulation of voluntary dismissal by April 22, 2022.

    SO ORDERED:

Dated:    New York, New York
           April 15, 2022

                                            DENISE COTE
                                  United States District Judge