```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 LISA SNEAD,                            :    16cv9528 (DLC)
                                        :
                 Plaintiff,             :    ORDER
                                        :
         -v-                            :
                                        :
 CITY OF NEW YORK, et al.,              :
                                        :
                                        :
                 Defendants.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case was filed in 2016.  On April 13, 2021, trial was tentatively set for October 25, 2021.  On August 20, the parties filed a joint pretrial order, proposed jury instructions, proposed voir dire, and motions in limine.  On October 6, the trial date was tentatively set for April 26, 2022.

    This case was transferred to this Court's docket on December 10.  On March 3, 2022, the parties were notified that the trial would begin on April 28, 2022.  The Court held a final pretrial conference on March 9 and ruled on the outstanding legal issues.

    On April 18, defendants requested an adjournment <u>sine die</u> of all outstanding deadlines and appearances, and thirty days in which to file a stipulation of dismissal with the Court.  It is hereby

ORDERED that April 18 request is denied.  There are no outstanding deadlines or appearances except for the trial itself.

IT IS FURTHER ORDERED that, should the parties wish to proceed to trial in this matter, that trial will occur on April 28 and not thereafter.

IT IS FURTHER ORDERED that, should the parties wish to file a stipulation of dismissal instead of proceeding to trial, they shall do so promptly.  Any delay will unfairly burden the Clerk of Court and citizens called for jury duty.

IT IS FURTHER ORDERED that in the event no stipulation of dismissal is filed and the parties fail to appear for trial on April 28, the complaint shall be dismissed for failure to prosecute.

SO ORDERED:

Dated:    New York, New York
          April 19, 2022

          _____
                   DENISE COTE
          United States District Judge